**98–583. San v. Scherer.**
Franklin App. Nos. 97APE03–317 and 97APE03–318. This cause is pending before the court as a discretionary appeal and cross-appeal. It appears from the records of this court that appellees/cross-appellants have not filed a memorandum in support of jurisdiction of cross-appeal, due April 22, 1998, in compliance with the Rules of Practice of the Supreme Court and therefore have failed to prosecute

this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that the cross-appeal of United Magazine Company and Ronald E. Scherer be, and hereby is, dismissed *sua sponte.*